**Mesba Keder MOSSA, Petitioner,**

v.

**Alberto GONZALES, Attorney General of the United States, Respondent.**

No. 05–1751.

United States Court of Appeals, Eighth Circuit.

Submitted Dec. 16, 2005.

Decided Dec. 28, 2005.

Robert Frager, Kansas City, MO, for Petitioner.

Richard M. Evans, Marion E. Guyton, Thomas W. Hussey, Karen Drummond, Washington, DC, Lori Scialabba, Falls Church, VA, for Respondent.

Before MELLOY, COLLOTON, and BENTON, Circuit Judges.

PER CURIAM.

Mesba Keder Mossa petitions for review of a final order of the Board of Immigration Appeals. *See* 8 U.S.C. § 1252. An Immigration Judge ordered Mossa removed for two prior domestic-battery convictions under Kansas law, pursuant to 8 U.S.C. § 1227(a)(2)(E)(i). The BIA affirmed the IJ. Mossa claims that his convictions are not "crimes of domestic violence" against a "protected person" under 8 U.S.C. § 1227(a)(2)(E)(i). These arguments are without merit. An alien is deportable if convicted of a crime of domestic violence against any person who is protected under the domestic violence laws of any state. *See* 8 U.S.C. § 1227(a)(2)(E)(i). Kansas law protects "household members" who reside together from "domestic battery" by other residents of the same household. KAN. STAT. ANN. §§ 21–3412(c)(4) (2000); 21–3412a(c)(1) (2001). As Mossa committed domestic battery against two "household members"—his brother and his cousin—both of his convictions fall squarely within the Act. Accordingly, after a de novo review of the legal determinations, no error of law appears. This court denies Mossa's petition for review. *See* 8th Cir. R. 47B.